U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


IMPORTANT NOTICE

ATTORNEYS REQUIRED TO FILE ELECTRONICALLY


Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF").  For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties).  Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must obtain a login and password for the ECF system by completing an online ECF Registration Form available on the court's website.  If an attorney is already registered in this district, please do not register again as your login and password may be used in all cases in which you are counsel of record.

While ECF Training is not mandatory in this district, persons filing electronically are strongly encouraged to complete the district's interactive training modules on the court's website at www.nhd.uscourts.gov.  To access those modules, let your cursor hover on the "Electronic Case Files" link on the left navigation bar on the court's website and then select "ECF Training Material" on the fly away menu.  On the training page you should select the link "New Hampshire Computer Based Training Modules."

For more information on CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF:   You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**


                                        DANIEL J. LYNCH
                                        Clerk


USDCNH-91 (Rev. 1-14)