USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Denny Densmore | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:15-CV-0096-JL |
| National Board of Medical Examiners | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Board of Medical Examiners                                                                                       .

Date:   04/15/2015                                                          /s/ Wilbur A. Glahn, III
                                                                                                *Attorney's signature*

                                                                                    Wilbur A. Glahn, III  Bar No. 937
                                                                                        *Printed name and bar number*

                                                                                        900 Elm Street, PO Box 326
                                                                                        Manchester, NH  03105-0326

                                                                                                    *Address*

                                                                                        bill.glahn@mclane.com
                                                                                                *E-mail address*

                                                                                            (603) 628-1469
                                                                                            *Telephone number*

                                                                                            (603) 625-5650
                                                                                                *FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

all registered participants as identified on the Notice of Electronic Filing

Conventionally Served:

| | |
|---|---|
| 04/15/2015 | /s/ Wilbur A. Glahn, III |
| Date | Signature |