USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Denny Densmore | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-CV-0096-JL |
| National Board of Medical Examiners | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Board of Medical Examiners .

Date: 04/15/2015

/s/ Alexandra L. Geiger
*Attorney's signature*

Alexandra L. Geiger  Bar No. 20087
*Printed name and bar number*

900 Elm Street, PO Box 326
Manchester, NH  03105-0326

*Address*

alexandra.geiger@mclane.com
*E-mail address*

(603) 628-1483
*Telephone number*

(603) 625-5650
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

 all registered participants as identified on the Notice of Electronic Filing


 Conventionally Served:


| 04/15/2015 | /s/ Alexandra L. Geiger |
|---|---|
| Date | Signature |