UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DENNY DENSMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:15-CV-0096-JL |
| v. ) | |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Defendant, National Board of Medical Examiners ("NBME"), with the assent of counsel for Plaintiff, Denny Densmore, hereby moves to extend the time to file a responsive pleading to the Complaint from April 17, 2015 to May 4, 2015.  As grounds for its Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on March 19, 2015 and served the Complaint on Defendant on March 27, 2015.

2. Defendant must answer, move or otherwise respond to the Complaint by April 17, 2015.

3. Defendant requires additional time to respond to the Complaint.

4. The relief requested herein will not result in the continuance of any hearing, conference or trial.

5. Benjamin T. King, Esq., counsel for the  Plaintiff, assents to the relief sought in this Motion.

6. No memorandum of law is required since the relief requested is within the discretion of the Court.

WHEREFORE, Defendant, NBME, respectfully requests that this Court enter an Order:

(A) Extending the time for Defendant to answer, move or otherwise respond to the Complaint to May 4, 2015; and

(B) Granting such other and further relief as may be just, equitable and appropriate.

Respectfully Submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS

Date: April 15, 2015

By its Attorneys,

MCLANE, GRAF, RAULERSON AND MIDDLETON, PROFESSIONAL ASSOCIATION

By: /s/ Alexandra L. Geiger
Wilbur A. Glahn, III, Bar No. 937
Alexandra L. Geiger, Bar No. 20087
900 Elm Street, P.O. Box 326
Manchester, NH 03105
Phone: (603) 625-6464
bill.glahn@mclane.com
alexandra.geiger@mclane.com

Certificate of Service

I certify that on April 15, 2015, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Alexandra L. Geiger
Alexandra L. Geiger, NH Bar # 20087

2