UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DENNY DENSMORE,<br><br>      Plaintiff,<br><br>   v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>      Defendant. | Civil Action No. 1:15-CV-0096-JL |

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'**
**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1.1, the undersigned counsel hereby certifies as follows regarding Defendant National Board of Medical Examiners:

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

☐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

☐ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

    X    The filing party has none of the above.

Respectfully Submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS

Date:  April 17, 2015

By its Attorneys,

MCLANE, GRAF, RAULERSON AND MIDDLETON, PROFESSIONAL ASSOCIATION

By: /s/ Alexandra L. Geiger
    Wilbur A. Glahn, III, Bar No. 937
    Alexandra L. Geiger, Bar No. 20087
    900 Elm Street, P.O. Box 326
    Manchester, NH 03105
    Phone:  (603) 625-6464
    bill.glahn@mclane.com
    alexandra.geiger@mclane.com

Certificate of Service

I certify that, on April 17, 2015, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Alexandra L. Geiger
Alexandra L. Geiger, NH Bar # 20087