UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Denny Densmore, <br>     Plaintiff, <br> <br> v. <br> <br> National Board of Medical Examiners, <br>     Defendant. | Case No. 1:15-cv-00096-JL |

### ASSENTED-TO MOTION TO ENLARGE DEADLINE TO FILE OBJECTION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

NOW COMES the plaintiff Denny Densmore, by and through his attorneys Douglas, Leonard & Garvey, P.C., and respectfully submits the within Assented-To Motion to Enlarge Deadline to File Objection to Motion to Dismiss for Failure to State a Claim, stating as follows:

1. The defendant filed a Motion to Dismiss in this matter on May 1, 2015. The plaintiff's Objection is due May 15, 2015.

2. The plaintiff has retained undersigned counsel as local counsel only in this case. The plaintiff's lead counsel, Vincent E. Nowak, Esquire, of Amarillo, Texas, will be filing a motion to be admitted *pro hac vice* in this case.

3. Plaintiff's counsel respectfully requests an enlargement of time until May 26, 2015, to file his Objection to Motion to Dismiss. Opposing counsel assents to this request for enlargement of time.

4. The relief requested will not result in the continuance of any hearing, conference or trial.

5. Due to the discretionary nature of the relief requested, no memorandum of law is believed to be required.

1

WHEREFORE, the plaintiff, Denny Densmore, respectfully requests that this Honorable Court:

A.	Continue the deadline for filing his Objection to the defendant's Motion to Dismiss for Failure to State a Claim until May 26, 2015; and

B.	Grant such other and further relief as may be just and equitable.

Respectfully submitted,<br>
DENNY DENSMORE<br>
By his attorneys,<br>
DOUGLAS, LEONARD & GARVEY, P.C.

Date: May 14, 2015        By:   /s/Benjamin T. King_____
                                Benjamin T. King, NH Bar #12888
                                14 South Street, Suite 5
                                Concord, NH 03301
                                (603) 224-1988
                                benjamin@nhlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically served this date through ECF to all counsel of record.

/s/ Benjamin T. King_____
Benjamin T. King