UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
Denny Densmore,                              *
    Plaintiff,                                *
                                                  *
v.                                                    *    Case No. 1:15-cv-00096-JL
                                                  *
National Board of Medical Examiners,   *
    Defendant.                             *
_____

### ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF VINCENT E. NOWAK, ESQ.

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Vincent E. Nowak, Esq., 1301 Daws Drive, Amarillo, TX 79124, (806) 679-7914, facsimile: (806) 356-9112, venowak@gmail.com, for purposes of appearance as co-counsel on behalf of the plaintiff, Denny Densmore in the above-captioned case only.  In support of this Motion, the undersigned states as follows:

    1.    Vincent E. Nowak is not admitted to practice in the United States District Court for the District of New Hampshire.  He is a member in good standing of the State Courts of Texas, the United States District Court for the Northern District of Texas (August 22, 1995), the United States District Court for the District of Colorado (September 15, 2009), and the United States Supreme Court (June 27, 1997).

    2.    Movant, Benjamin T. King, Esq., of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, NH 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

    3.    In accordance with the Local Rules of this Court, Vincent E. Nowak has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

4. In accordance with the Local Rules of this Court, Vincent E. Nowak will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.nhd.uscourts.gov.

5. In accordance with the Local Rules of this Court, Vincent E. Nowak has attached hereto as Exhibit A an Affidavit in support of this Motion for his *pro hac vice* admission.

6. Counsel for the defendant assents to the relief sought herein.

7. Due to the discretionary nature of the relief requested no accompanying memorandum of law is necessary.

WHEREFORE, Benjamin T. King, Esq. moves this Court to enter an Order for Vincent E. Nowak, Esq. to appear before this Court on behalf of the plaintiff, Denny Densmore for all purposes relating to the proceedings in the above-captioned matter.

Respectfully submitted,

Date: May 22, 2015           By:    /s/ Benjamin T. King, Esq._____
                                    Benjamin T. King, NH Bar #12888
                                    14 South Street, Suite 5
                                    Concord, NH 03301
                                    (603) 224-1988
                                    benjamin@nhlawoffice.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ Benjamin T. King_____
Benjamin T. King