UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
Denny Densmore,                    *
    Plaintiff,                     *
                                    *
v.                                 *    Case No. 1:15-cv-00096-JL
                                    *
National Board of Medical Examiners, *
    Defendant.                     *
_____

### AFFIDAVIT OF VINCENT E. NOWAK, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Vincent E. Nowak, Esq., under oath do depose and say as follows:

1. I am an attorney doing business at 1301 Daws Drive, Amarillo, TX 79124, (806) 679-7914, facsimile: (806) 356-9112, venowak@gmail.com.

2. I am a member in good standing and eligible to practice in the State Courts of Texas (November 2, 1990), the United States District Court for the Northern District of Texas (August 22, 1995), the United States District Court for the District of Colorado (September 15, 2009), and the United States Supreme Court (June 27, 1997).

3. I am not suspended or disbarred in any jurisdiction; I have not been the subject of any previously imposed disciplinary matter in any jurisdiction; and I am not currently the subject of any pending disciplinary matter in any jurisdiction.

4. I have no prior felony or misdemeanor criminal convictions.

5. I have not previously been denied *pro hac vice* admission in any court, nor have I ever had my *pro hac vice* admission revoked.

I certify under penalty of perjury that the foregoing is true and correct.

          /s/ Vincent E. Nowak_____
          Vincent E. Nowak, TX Bar No. 15121550

STATE OF TEXAS
COUNTY OF POTTER

Signed and sworn to before me on the 22nd day of May 2015 by Vincent E. Nowak.

          /s/ Jayce Tabor_____
          Notary Public
          My commission expires:  01/15/2017