UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| DENNY DENSMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:15-CV-0096-JL |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NATIONAL BOARD OF MEDICAL EXAMINERS'
NOTICE OF INTENT TO FILE REPLY MEMORANDUM
TO PLAINTIFF'S OBJECTION TO MOTION TO DISMISS**

Pursuant to LR 7.1(e), the Defendant, National Board of Medical Examiners, hereby provides notice of its intent to file a reply memorandum to Plaintiff's Objection to Motion to Dismiss (Doc. 11).

Respectfully submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS

Date: May 27, 2015

By its attorneys,

MCLANE, GRAF, RAULERSON AND MIDDLETON, PROFESSIONAL ASSSOCIATION

By: /s/ Alexandra L. Geiger
Wilbur A. Glahn, III, Bar No. 937
Alexandra L. Geiger, Bar No. 20087
900 Elm Street, P.O. Box 326
Manchester, NH 03105
Phone: (603) 625-6464
bill.glahn@mclane.com
alexandra.geiger@mclane.com

- 2 -

**Certificate of Service**

      I certify that, on May 27, 2015, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

                                            /s/ Alexandra L. Geiger
                                            Alexandra L. Geiger, Bar No. 20087