UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| DENNY DENSMORE, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 1:15-cv-00096-JL |
| NATIONAL BOARD OF | § | Jury Trial Requested |
| MEDICAL EXAMINERS, | § | |
| DEFENDANT. | § | |

## ASSENTED-TO MOTION TO FILE FIRST AMENDED COMPLAINT

NOW COMES the plaintiff Denny Densmore, by and through his attorneys Douglas, Leonard & Garvey, P.C. and Vincent E. Nowak, Esquire, and respectfully submits the within Assented-To Motion to File First Amended Complaint pursuant to Federal Rule of Civil Procedure 15, stating as follows:

1. The defendant's pending Motion to Dismiss argues for dismissal based on how Densmore framed in his original Complaint the "substantially limiting" standard under which the question is evaluated whether an impairment qualifies as a disability within the meaning of the ADA.

2. The plaintiff seeks to cure the alleged pleading deficiency by filing the attached First Amended Complaint. In the First Amended Complaint the plaintiff specifically alleges his impairments and explains how such impairments substantially limit him in major life activities and therefore qualify as disabling impairments within the meaning of the ADA.

3. Opposing counsel assents to the relief requested herein.

4. The Court should find that justice requires allowance of the amendment and should therefore exercise its discretion to allow the First Amended Complaint.

5. Because the relief requested is discretionary in nature, no accompanying memorandum of law is believed to be required.

                         Respectfully submitted,
                         DENNY DENSMORE
                         By his attorneys,
                         DOUGLAS, LEONARD & GARVEY, P.C.

Date: July 22, 2015        By:   /s/Benjamin T. King_____
                                        Benjamin T. King, NH Bar #12888
                                        14 South Street, Suite 5
                                        Concord, NH 03301
                                        (603) 224-1988
                                        benjamin@nhlawoffice.com

                                        and

Date: July 22, 2015        By:   /s/Vincent E. Nowak_____
                                        Vincent E. Nowak, admitted pro hac vice
                                        1301 Daws Drive
                                        Amarillo, TX 79124
                                        (806) 679-7914
                                        venowak@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

                                                                           /s/ Benjamin T. King_____
                                                                           Benjamin T. King