UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Denny Densmore, * | |
|     Plaintiff, * | |
| * | |
| v. * | Case No. 1:15-cv-00096-JL |
| * | |
| National Board of Medical Examiners, * | |
|     Defendant. * | |

### ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT

1. NOW COMES the plaintiff Denny Densmore, by and through his attorneys Douglas, Leonard & Garvey, P.C., and respectfully submits the within Assented-To Motion For Leave of Court to File Second Amended Complaint, stating as follows:

2. Through correspondence between the plaintiff's counsel and the defendant's counsel, the plaintiff has agreed to amend his complaint in order to strike certain allegations and requests for relief that the defendant objects to. The plaintiff has agreed to such an amendment for purposes of judicial economy and efficiency.

3. In order to make such alterations to the complaint as agreed upon by the parties, the plaintiff seeks leave to amend his complaint. His Second Amended Complaint is attached hereto.

4. Opposing counsel assents to the relief requested herein.

5. Because the relief requested is discretionary in nature, no accompanying memorandum of law is included.

WHEREFORE, the plaintiff, Denny Densmore, respectfully prays this Honorable Court:

    A. Grant the plaintiff leave to amend his Complaint;

B.      Accept the Second Amended Complaint attached hereto; and

C.      Grant such other and further relief as is just and equitable.

Respectfully submitted,

Date:  November 16, 2015      By:    /s/ Benjamin T. King, Esq._____
      Benjamin T. King, NH Bar #12888
      14 South Street, Suite 5
      Concord, NH 03301
      (603) 224-1988
      benjamin@nhlawoffice.com

Date:  November 16, 2015      By:    /s/Vincent E. Nowak_____
      Vincent E. Nowak, admitted pro hac vice
      1301 Daws Drive
      Amarillo, TX 79124
      (806) 679-7914
      venowak@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ Benjamin T. King_____
Benjamin T. King