UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
Denny Densmore,                              *
    Plaintiff,                                    *
                                                         *
v.                                                        *   Case No. 1:15-cv-00096-JL
                                                         *
National Board of Medical Examiners,  *
    Defendant.                                   *
_____

### ASSENTED-TO MOTION TO ENLARGE DEADLINE TO FILE PLAINTIFF'S EXPERT DISCLOSURE

NOW COMES the plaintiff Denny Densmore, by and through his attorneys Douglas, Leonard & Garvey, P.C., and respectfully submits the within Assented-To Motion to Enlarge Deadline to File Plaintiffs' Expert Disclosure, stating as follows:

1.    The plaintiff requires an extension of time from December 1, 2015, to December 22, 2015, to complete his expert disclosure.

2.    The defendant's counsel assents to this extension of time for the plaintiff to disclose experts, provided that the defendant's expert disclosure deadline is extended from February 1, 2016, to March 1, 2016.

3.    The relief requested will not result in the continuance of any hearing, conference or trial.

4.    Due to the discretionary nature of the relief requested, no memorandum of law is believed to be required.

WHEREFORE, the plaintiff, Denny Densmore, respectfully requests that this Honorable Court:

1

A. Continue the deadline for filing the plaintiff's expert disclosure from December 1, 2015, to December 22, 2015;

B. Continue the deadline for filing the defendant's expert disclosure from February 1, 2016, to March 1, 2016; and

C. Grant such other and further relief as may be just and equitable.

                            Respectfully submitted,
                            DENNY DENSMORE
                            By his attorneys,
                            DOUGLAS, LEONARD & GARVEY, P.C.

Date: November 20, 2015        By:    /s/Benjamin T. King_____
                                                      Benjamin T. King, NH Bar #12888
                                                        14 South Street, Suite 5
                                                        Concord, NH 03301
                                                        (603) 224-1988
                                                        benjamin@nhlawoffice.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was electronically served this date through ECF to all counsel of record.

                                                        /s/ Benjamin T. King_____
                                                        Benjamin T. King