**Civil Form 3, Extending Deadlines Established by Discovery Plan**   Added 12/1/13

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Denny Densmore

Plaintiff(s)

v.   Civil No. 1:15-cv-00096-JL

National Board of Medical Examiners

Defendant(s)

**ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S   9/16/15   SCHEDULING ORDER**

*[List the scheduling designations that are applicable to your case. This draft is merely an exemplar and includes deadlines listed in Civil Form 2, Sample Discovery Plan.]*

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | 7/1/16 | 7/1/16 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | 12/1/15 | 12/22/15 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | 2/1/16 | 3/1/16 |
| Challenges to Expert Testimony | 7/1/16 | 7/1/16 |
| Discovery Completed | 7/1/16 | 7/1/16 |
| Disclosure of Claims Against Unnamed Parties | 7/1/15 | 7/1/15 |
| Joinder of Additional Parties (Plaintiff) | 10/1/15 | 10/1/15 |
| Joinder of Additional Parties (Defendant) | 10/1/15 | 10/1/15 |
| Third-Party Actions | 10/1/15 | 10/1/15 |
| Amendment to Pleadings (Plaintiff) | 10/1/15 | 10/1/15 |
| Amendment to Pleadings (Defendant) | 11/1/15 | 11/1/15 |
| Motions to Dismiss | 11/1/15 | 11/1/15 |
| Motions for Summary Judgment | 7/1/16 | 7/1/16 |
| Trial | 11/1/16 | 11/1/16 |

USDCNH-121 (12/13)