UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DENNY DENSMORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:15-CV-0096-JL |

**ASSENTED-TO MOTION TO EXTEND
<u>DEFENDANT'S EXPERT DISCLOSURE DEADLINE</u>**

The Defendant, National Board of Medical Examiners ("NBME"), by and through its counsel, McLane Middleton, Professional Association, moves to extend its expert disclosure deadline by forty-five (45) days, from March 1, 2016 to April 15, 2016. As grounds for its Motion, NBME states as follows:

1. NBME did not receive complete discovery responses from Plaintiff until February 8, 2016. Given the timing of Plaintiff's discovery responses, NBME will not have sufficient time to prepare its expert disclosure by the current deadline of March 1, 2016. NBME therefore requests to extend the deadline by forty-five (45) days, until April 15, 2016.

2. The requested extension will not result in the delay of any hearings, conferences or trial, nor will it prejudice either party.

3. Plaintiff has assented to the relief requested in this Motion.

4. The relief requested in this Motion is within the sound discretion of the Court, and therefore no accompanying memorandum of law is required.

WHEREFORE, Defendant, National Board of Medical Examiners, respectfully requests that this Court enter an Order:

A. Extending Defendant's expert disclosure deadline by forty-five (45) days, until April 15, 2016; and

B. Granting such other and further relief as may be just, equitable and appropriate.

Respectfully submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS

Date: February 11, 2016

By its attorneys,

MCLANE MIDDLETON,
PROFESSIONAL ASSSOCIATION

By: /s/ Alexandra L. Geiger
Wilbur A. Glahn, III, Bar No. 937
Alexandra L. Geiger, Bar No. 20087
900 Elm Street, P.O. Box 326
Manchester, NH 03105
Phone: (603) 625-6464
bill.glahn@mclane.com
alexandra.geiger@mclane.com

Certificate of Service

I certify that, on February 11, 2016, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Alexandra L. Geiger
Alexandra L. Geiger, Bar No. 20087