UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DENNY DENSMORE,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:15-CV-0096-JL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THE PARTIES' JOINT STATEMENT REGARDING MEDIATION

The Plaintiff, Denny Densmore, and the Defendant, National Board of Medical Examiners, respectfully submit that mediation is not feasible at this time. Plaintiff is seeking injunctive relief, not money damages, which will make it difficult for the parties to reach a settlement at mediation. In addition, expert discovery is still in its early stages. The parties need the benefit of additional expert discovery before they can evaluate the suitability of mediation. The parties agree to revisit the possibility of mediation in the future if and when they agree it would be productive.

Date: February 16, 2016        Respectfully Submitted,

                                          DENNY DENSMORE,
                                          By his attorneys,
                                          DOUGLAS, LEONARD & GARVEY, P.C.


                                          By: /s/Benjamin T. King
                                               Benjamin T. King, NH Bar No. 12888
                                               14 South Street, Suite 5
                                               Concord, NH 03301
                                               603.224.1988
                                               Benjamin@nhlawoffice.com

        NATIONAL BOARD OF MEDICAL EXAMINERS
        By its attorneys,
        MCLANE MIDDLETON,
        PROFESSIONAL ASSOCIATION

By: /s/ Alexandra L. Geiger
    Wilbur A. Glahn, III, NH Bar No. 937
    Alexandra L. Geiger, NH Bar No. 20087
    P.O. Box 326
    Manchester, NH 03105
    603-625-6464
    bill.glahn@mclane.com
    alexandra.geiger@mclane.com

Certificate of Service

    I certify that, on February 16, 2016, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

    /s/ Alexandra L. Geiger
    Alexandra L. Geiger, Bar No. 20087