UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DENNY DENSMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:15-CV-0096-JL |
| v. | ) |
| | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| | ) |
| Defendant. | ) |

**ASSENTED-TO MOTION TO EXTEND
DEFENDANT'S EXPERT DISCLOSURE DEADLINE**

The Defendant, National Board of Medical Examiners ("NBME"), by and through its counsel, McLane Middleton, Professional Association, moves to extend its expert disclosure deadline by ten (10) days, from April 15, 2016 to April 25, 2016. As grounds for its Motion, NBME states as follows:

1.  On February 12, 2016, this Court granted NBME's Assented-To Motion to Extend Defendant's Expert Disclosure Deadline by forty-five (45) days, from March 1, 2016 to April 15, 2016.

2.  NBME's expert is a witness in a federal trial occurring the week of April 4, 2016 through April 8, 2016. NBME has requested-and Plaintiff's counsel has assented to-an extension of ten days. NBME therefore requests to extend the deadline by ten (10) days, until April 25, 2016.

3.  The requested extension will not result in the delay of any hearings, conferences or trial, nor will it prejudice either party.

4.  Plaintiff has assented to the relief requested in this Motion.

5. The relief requested in this Motion is within the sound discretion of the Court, and therefore no accompanying memorandum of law is required.

WHEREFORE, Defendant, National Board of Medical Examiners, respectfully requests that this Court enter an Order:

A. Extending Defendant's expert disclosure deadline by ten (10) days, until April 25, 2016; and

B. Granting such other and further relief as may be just, equitable and appropriate.

Respectfully submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS

Date: April 5, 2016

By its attorneys,

MCLANE MIDDLETON, PROFESSIONAL ASSSOCIATION

By: /s/ Alexandra L. Geiger
    Wilbur A. Glahn, III, Bar No. 937
    Alexandra L. Geiger, Bar No. 20087
    900 Elm Street, P.O. Box 326
    Manchester, NH 03105
    Phone: (603) 625-6464
    bill.glahn@mclane.com
    alexandra.geiger@mclane.com

Certificate of Service

I certify that, on April 5, 2016, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Alexandra L. Geiger
Alexandra L. Geiger, Bar No. 20087