USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Denny Densmore | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:15-cv-96-JL |
| National Board of Medical Examiners | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant                                                                                                        .

Date:     10/04/2016

s/ Benjamin B. Folsom
*Attorney's signature*

Benjamin B. Folsom (268352) *Petition pending
*Printed name and bar number*

McLane Middleton, Professional Association
900 Elm St., Manchester, NH 03101

*Address*

benjamin.folsom@mclane.com
*E-mail address*

(603) 628-1323
*Telephone number*

(603) 625-5650
*FAX number*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Vincent E. Nowak
Benjamin T. King


Conventionally Served:




| | |
|---|---|
| 10/04/2016 | s/Benjamin B. Folsom |
| Date | Signature |