# Benjamin King

**From:** Benjamin King <benjamin@nhlawoffice.com>
**Sent:** Friday, July 08, 2016 4:19 PM
**To:** denny.densmore@gmail.com
**Cc:** Vincent Nowak (venowak@gmail.com)
**Subject:** unpaid bill

Dear Denny:

My office is deeply concerned about your failure to make any payments towards your bill for services rendered by this office since February. Your outstanding balance has risen to $3,851.62. I cannot permit such a balance to remain outstanding, particularly where the amount of time I will have to devote to your case will increase as the trial approaches.

Regrettably, unless you make a substantial payment towards reducing your outstanding balance with this firm by July 15, I will have no choice but to move the Court for permission to withdraw from representation.

I hope you can call in a significant payment within the next week. Thanks.

Very truly yours,
Benjamin T. King, Esq.
Douglas, Leonard & Garvey, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
fax (603) 229-1988
www.nhlawoffice.com

1