**Benjamin King**

**From:** Vincent Nowak <venowak@gmail.com>
**Sent:** Tuesday, October 04, 2016 1:00 PM
**To:** Benjamin King
**Subject:** text messages

## 9/6/16 Text

We start by paying our lawyers. I can't work for free any longer. We should talk tomorrow.