**Benjamin King**

| | |
|---|---|
| From: | Vincent Nowak <venowak@gmail.com> |
| Sent: | Tuesday, October 04, 2016 2:24 PM |
| To: | Benjamin King |
| Subject: | Fwd: |

This is the text message from Denny.
---------- Forwarded message ----------
From: **Vincent Nowak** <venowak@gmail.com>
Date: Tue, Oct 4, 2016 at 1:23 PM
Subject:
To: venowak@gmail.com

Hi Vince and Ben,

I consent to your withdrawing from our case.

Thank you both for a good try in a very difficult situation.

Warm regards,
Denny Densmore

--
Vincent E. Nowak
1301 Daws Drive
Amarillo, TX  79124
Tel: 806.679.7914
Fax.806.356.9112