UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

| | |
|---|---|
| Denny Densmore, | * |
|      Plaintiff, | * |
| | * |
| v. | *    Case No. 1:15-cv-00096-JL |
| | * |
| National Board of Medical Examiners, | * |
|      Defendant. | * |

_____

**<u>PLAINTIFF'S NOTICE RE: EXPERT TESTIMONY</u>**

NOW COMES the plaintiff Denny Densmore, by and through his attorneys Douglas, Leonard & Garvey, P.C., and respectfully submits the within Notice, stating as follows:

Pursuant to the Court's October 5, 2016, Order, the plaintiff respectfully provides the Court notice that the plaintiff will be unable to proffer expert testimony at trial.

Respectfully submitted,
DENNY DENSMORE
By his attorneys,

Date: October 11, 2016     By:    /s/Vincent E. Nowak_____
Vincent E. Nowak, *pro hac vice*
SBOT# 15121550
1301 Daws Drive
Amarillo, TX 79124
(806) 679-7914
venowak@gmail.com

and

Date: October 11, 2016     By:    /s/Benjamin T. King_____
Benjamin T. King, NH Bar #12888
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically served this date through ECF to all counsel of record.

/s/ Benjamin T. King
Benjamin T. King